# United States District Court Violation Notice

**CVB Location Code:** EY51

**Violation Number:** 6723483
**Officer Name (Print):** Stapleton
**Officer No.:** 1368

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 02/17/2017 1000
**Offense Charged:** ☐ CFR ☐ USC ☒ State Code
New York State Penal Law 130.52 - Forcible Touching

**Place of Offense:** 800 Poly Place - Building 1, Brooklyn NY 11209

**Offense Description; Factual Basis for Charge:** HAZMAT ☐
Intentionally & for no legitimate purpose subjected another person to sexual contact, as defined P.L. 130.00 Subdivisions - 1 & 5

## DEFENDANT INFORMATION

**Last Name:** Emmanuel
**First Name:** Dexter
**M.I.:** A

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

**A** ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015)     Original - CVB Copy

CVB SCAN MAR 06, 2017 12:13

---

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Feb 24, 2017 while exercising my duties as a law enforcement officer in the Eastern District of New York

This office having conducted & concluded an investigation filed on February 17 2017 Report # 2017-02-17-1340-6402. That the Defendant did touch the buttocks on a female known to this Department, exposing her to sexual contact as defined in New York State Penal Law 130.00. The victim is unable to consent to any sexual contact due to documented mental disability. Probable cause exists that the Deft committed this act on Feb 17, 2017 at 800 Poly Place Building 1, Stairwell, Brooklyn NY 11209 at approximately 1000 hrs. Deft was also aware of the victim's mental disability.

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/24/2017 _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# United States District Court Violation Notice

**CVB Location Code:** EY51

**Violation Number:** 6723484
**Officer Name (Print):** STAPLETON
**Officer No.:** 1368

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 1000 02/17/2017
**Offense Charged:** State Code — NYS PL 130.65 Sexual Abuse 3°
**Place of Offense:** 800 Poly Place - Building 1, Brooklyn NY 11209

**Offense Description: Factual Basis for Charge:**
DEFT DID Subject Another person to Sexual contact (As defined in PL 130.00). Victim is unable to consent due to mental disability

## DEFENDANT INFORMATION
**Last Name:** Emmanuel
**First Name:** Dexter
**M.I.:** A

☐ A IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
☐ B IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date: _____
Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015) Original - CVB Copy

CVB SCAN MAR 06, 2017 12:13

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **24 Feb**, 20**17** while exercising my duties as a law enforcement officer in the **Eastern** District of **New York**

Personal investigation reveals that at approximately 1000 hrs on February 17, 2017 at 800 Poly Place Building 1, Brooklyn NY 11209 the defendant did subject another person to sexual contact by touching the victim's buttocks. The victim is unable to consent to such sexual contact due to a mental disability (documented). Investigation provided probable cause that the defendant was aware the victim's mental disability. Both the sexual contact & the victim's inability to consent are defined in NYS PL 130.00. Statement by victim + CCTV coverage provided probable cause.

Investigated under Report # 2017-02-17-1340-6402

The foregoing statement is based upon:
☐ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 2/24/2017  Det K__O__
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident